**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 14 C 8684 |
| | ) | |
| v. | ) | |
| | ) | |
| PRS PHARMACY SERVICES, INC., | ) | Honorable Judge Coleman |
| and JOHN DOES 1-10, | ) | Magistrate Judge Martin |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff Glen Ellyn Pharmacy, Inc. and Defendant PRS Pharmacy Services, Inc. have

reached an individual settlement agreement and expect to file a stipulation of dismissal within

the next 21 days.

Respectfully submitted,


_s/ Heather Kolbus_

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
    & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)


_s/ Joseph C. Wylie II_

Joseph C. Wylie II
Nicole C. Mueller
K & L GATES, LLP
70 W. Madison Street, Suite 3100
Chicago, IL 60602
(312) 372-1121
(312) 827-8000 (FAX)

<u>**CERTIFICATE OF SERVICE**</u>

I, Heather Kolbus, certify that on February 11, 2015, I caused the foregoing document to be filed via the Court's CM/ECF system, which sent electronic notification of such filing to the following:

Robert A Lawton (robert.lawton@klgates.com)
K & L GATES, LLP
17 N. Second Street, 18th Floor
Harrisburg, PA 17101

Nicole Claire Mueller (nicole.mueller@klgates.com)
Joseph Clark Wylie II (joseph.wylie@klgates.com
K & L GATES, LLP
70 West Madison, Suite 3100
Chicago, IL 60602
(312) 372-1121

<u>s/ Heather Kolbus</u>
Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)