# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., on behalf of plaintiff and the class members defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | 14 C 8684 |
| v. | ) ) | |
| PRS PHARMACY SERVICES, INC., and JOHN DOES 1-10, | ) ) ) | Honorable Judge Coleman Magistrate Judge Martin |
| Defendants. | ) | |

## **STIPULATION OF DISMISSAL**

Plaintiff Glen Ellyn Pharmacy, Inc. and Defendant PRS Pharmacy Services, Inc. by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Dr. Glen Ellyn Pharmacy, Inc.'s individual claims against Defendant PRS Pharmacy Services, Inc. with prejudice and without costs. Plaintiff Glen Ellyn Pharmacy, Inc.'s class claims against Defendant PRS Pharmacy Services, Inc. are dismissed without prejudice and without costs. Plaintiff Glen Ellyn Pharmacy, Inc.'s claims against John Does 1-10 are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Joseph C. Wylie II (w/ permission) |
| Daniel A. Edelman | Joseph C. Wylie II |
| Heather Kolbus | Nicole C. Mueller |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | K & L GATES, LLP 70 W. Madison Street, Suite 3100 |
| 20 S. Clark Street, Suite 1500 | Chicago, IL 60602 |
| Chicago, IL 60603 | (312) 372-1121 |
| (312) 739-4200 | (312) 827-8000 (FAX) |
| (312) 419-0379 (FAX) | |

**CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on February 23, 2015, I caused the foregoing document to be filed via the Court's CM/ECF system, which sent electronic notification of such filing to the following:

 Robert A Lawton (robert.lawton@klgates.com)
 K & L GATES, LLP
 17 N. Second Street, 18th Floor
 Harrisburg, PA 17101

 Nicole Claire Mueller (nicole.mueller@klgates.com)
 Joseph Clark Wylie II (joseph.wylie@klgates.com
 K & L GATES, LLP
 70 West Madison, Suite 3100
 Chicago, IL 60602
 (312) 372-1121


              s/ Heather Kolbus
              Heather Kolbus


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)