# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Glen Ellyn Pharmacy, Inc.

                          Plaintiff,

v.                                        Case No.: 1:14−cv−08684
                                                 Honorable Sharon Johnson Coleman

PRS Pharmacy Services, Inc., et al.

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 26, 2015:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to FRCvP 41(a)(1)(A)(ii), plaintiffs individual claims against Defendant PRS Pharmacy Services, Inc. are dismissed with prejudice and without costs. Plaintiffs class claims against Defendant PRS Pharmacy Services, Inc. are dismissed without prejudice and without costs. Plaintiffs claims against John Does 1−10 are dismissed without prejudice and without costs. Plaintiff's motion to certify class [4] is moot. Defendant';s Motion to dismiss Count II [23] is moot. Status hearing set to 2/27/2015 is hereby stricken. Civil case terminated. Mailed notice(rth, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.